IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JAMIE LEANN LEWIS<br>ADC #752331 | PLAINTIFF |
| v. | Case No. 4:22-cv-00099-LPR-JJV |
| DOES | DEFENDANTS |

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court adopts the RD in its entirety.

Accordingly, Ms. Lewis's Complaint (Doc. 1) is dismissed without prejudice for failing to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would be frivolous and not taken in good faith. The Court recommends this dismissal count as a strike for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE