IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **JAMIE LEANN LEWIS**<br>**ADC #752331** | **PLAINTIFF** |
| v. | Case No. 4:22-cv-00099-LPR-JJV |
| **DOES** | **DEFENDANTS** |

## JUDGMENT

Consistent with the Order entered today, it is considered, ordered, and adjudged that Ms. Lewis's claims are dismissed and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and accompanying Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE